UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DUANE C. BLAKE                    )
                                  )
        Plaintiff,                )
                                  )
        v.                        )   CIVIL ACTION
                                  )   NO. 11-11531-WGY
NUMISMATIC GUARANTY               )
CORPORATION OF AMERICA            )
                                  )
        Defendant.                )
                                  )

JURY VERDICT

We find for:

___✓___ Numismatic Guaranty Corporation

_____ Duane C. Blake and award damages of

_____

_Laurena L Gaudette_
FOREMAN

Date: _1/11/13_